FILED

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0163

HOLLY ANNE MATHIS,

　　　　Petitioner and Appellant,

v.

STATE OF MONTANA,

　　　　Respondent and Appellee.

## ORDER TO REDACT PETITIONER'S FILINGS

Upon consideration of Respondent and Appellee's Motion to Redact Petitioner's Filings, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee's motion is granted and the Clerk of Court is instructed to redact all confidential identifying information in Petitioner's filings.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2024